UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA MORA,

    Plaintiff,

v.    Case No: 8:20-cv-29-T-36JSS

ALLTRAN FINANCIAL, LP and NISSAN
MOTORS ACCEPTANCE
CORPORATION,

    Defendants.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 35). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 35).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 17, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record